IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JANE BARRETT,[1] | § | |
| | § | |
| Respondent Below, | § | No. 458, 2023 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | C.A. No. S23M-09-014 |
| | § | |
| Petitioner, | § | |
| Appellee. | § | |

Submitted: February 9, 2024
Decided: February 14, 2024

Before **SEITZ**, Chief Justice; **VALIHURA** and **GRIFFITHS**, Justices.

## ORDER

Upon consideration of the unopposed motion to remand, it appears to the Court that:

(1)     The appellant, Jane Barrett, filed this appeal from a Superior Court order requiring her to relinquish firearms in her possession under 11 *Del. C.* § 1448C.

(2)     After Barrett filed her opening brief, the State filed a motion to remand this matter to the Superior Court.  The State admits that police did not comply with all of the civil procedures for relinquishment under Section 1448C and asks that the

---

[1] The Court has assigned a pseudonym to the appellant.

Superior Court have the opportunity to address this lack of compliance in the first instance as it was not raised below. Barrett has no objection to the motion to remand.

(3)     The Court agrees that the proper course of action is to remand this matter to the Superior Court for further proceedings.

NOW, THEREFORE, IT IS ORDERED that this matter is REMANDED to the Superior Court for further proceedings. Jurisdiction is not retained.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice